ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DELTA CONSTRUCTION COMPANY, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents. | No. 11-1428 (and consolidated cases) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Respondents request an extension of time to and including August 13, 2014, in which to respond to Petitioner POP Diesel's motion for leave to file a corrected opening brief (Doc. # 1503906) and motion for judicial notice (Doc. # 1503911). Petitioner filed these motions on July 22, and Respondents' responses would otherwise be due August 4, 2014. Granting this extension would not materially delay consideration of this case, as no argument date has been set and the next merits brief (by Intervernors) is not due until October 2. No party objects to this extension.

Respectfully Submitted,

SAM HIRSCH

          Acting Assistant Attorney General

          <u>/s/ *Daniel R. Dertke*</u>
          Daniel R. Dertke
          United States Department of Justice
          Environmental & Natural Resources
             Division
          P.O. Box 7611
          Washington, D.C. 20044
          daniel.dertke@usdoj.gov
          Tel: 202-514-0994

          *Attorney for Respondent, United States Environmental Protection Agency*

Dated: July 25, 2014

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 25, 2014, a true and correct copy of the foregoing Unopposed Motion for Extension of Time was served electronically through the ECF system on all registered counsel.

                                          *_/s/ Daniel R. Dertke* _____
                                        DANIEL R. DERTKE