# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 11-1428** | **September Term, 2013** |
| | EPA-76FR57106 |
| | TRAN-77FR51499 |

**Filed On:** July 29, 2014

Delta Construction Company, Inc., et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

-------------------------------

Consolidated with 11-1441, 12-1427

## O R D E R

Upon consideration of the unopposed motion for extension of time, it is

**ORDERED** that the motion be granted, and respondents' responses to Petitioner POP Diesel's motion for leave to file a corrected opening brief and motion for judicial notice are now due August 13, 2014.

                                                     **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                               BY:    /s/
                                                 Timothy A. Ralls
                                               Deputy Clerk