ORAL ARGUMENT NOT YET SCHEDULED

No. 11-1428
(Consolidated with 11-1441 and 12-1427)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DELTA CONSTRUCTION COMPANY, INC., *et al.*,

Petitioners,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

On Appeal from the Environmental Protection Agency
EPA-76FR57106

**MOTION TO SPLIT BRIEFING**

    M. REED HOPPER,
      D.C. Circuit Bar No. 44739
    THEODORE HADZI-ANTICH
      D.C. Circuit Bar No. 53056
      Pacific Legal Foundation
      930 G Street
      Sacramento, California 95814
      Telephone: (916) 419-7111
      Facsimile: (916) 419-7747
      E-mail: tha@pacificlegal.org

    Counsel for Petitioners
    Delta Construction Company, Inc., *et al.*

Pursuant to court order, Petitioners Delta Construction Company, Inc., *et al.*, 11-1428, and Plant Oil Powered (POP) Diesel Fuel Systems, Inc., 11-1441 and 12-1427, filed a joint opening brief in these consolidated cases on April 3, 2014. Unfortunately, Joint Petitioners were unable to agree as to strategy, style, format, content, procedure, or even costs. As a result, instead of filing an integrated opening brief, the document consisted essentially of two side-by-side briefs filed under the same cover. Communications between counsel has since deteriorated such that Joint Petitioners are now in an adversarial role and unable to work together on joint documents.

Things came to a head when Petitioner POP Diesel filed a motion with this Court, on July 24, 2014, to submit a "corrected joint opening brief" without the consent, or even the knowledge, of Petitioners Delta Construction Company, Inc., *et al*. Although Delta Construction will not be filing a formal opposition to the motion to submit a "corrected joint opening brief," because that brief does not change Delta Construction's portion of the original opening brief, this Court should be advised that Delta Construction considers the "corrected joint opening brief" both improper and inappropriate.

In as much as Joint Petitioners have irreconcilable differences and are unable to work together on joint briefing, Delta Construction hereby moves this Court to

- 2 -

allow Joint Petitioners to file separate reply briefs with a 50-50 split of the allowable word count.

DATED: July 31, 2014.

Respectfully submitted,

M. REED HOPPER
THEODORE HAZDI-ANTICH


By  s/M. REED HOPPER
      M. REED HOPPER

Counsel for Petitioners
Delta Construction Company, Inc., et al.

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/M. REED HOPPER<br>M. REED HOPPER